HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. Cr. S. 2:23-CR-00190-DJC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER FOR APPOINTMENT OF COUNSEL |
| v. | ) | |
| RONALD L. PHARES | ) | |
| Defendant. | ) | |

Mr. Phares filed a pro se Motion for Early Termination of Supervised Release on October 29, 2024. (Doc. 2.) The Court referred the matter to the Federal Defender's Office (Doc. 3.), which has reviewed it and requests appointment to represent Mr. Phares in this matter. The Court hereby appoints the Federal Defender's Office to represent Mr. Phares and authorizes the Probation Office to release his PSR to the parties.

Dated:  October 31, 2024          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE