HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RONALD PHARES ) <br> ) <br> Defendant. ) <br> ) | Case No. Cr. S. 2:23-CR-00190-DJC <br><br> STIPULATION AND ORDER RE: BRIEFING SCHEDULE AND MOTION HEARING |

Mr. Phares filed a pro se Motion for Early Termination of Supervised Release on October 29, 2024.  (Doc. 2.)  The Court referred the matter to the Federal Defender's Office (Doc. 3), which has been appointed to represent Mr. Phares in this matter.  The parties have conferred with the Probation Officer regarding possible hearing dates and hereby stipulate and propose the following dates:

| Supplemental Motion for Early Termination | November 20, 2024 |
| --- | --- |
| Government Response | November 27, 2024 |
| Reply | December 5, 2024 |
| Hearing | December 12, 2024, at 9:00 a.m. |

The Probation Officer has confirmed her availability for the hearing date.

Dated:  November 12, 2024

        HEATHER WILLIAMS
        Federal Defender

        */s/ R. Barbour*

        RACHELLE BARBOUR
        Assistant Federal Defender

Dated: November 12, 2024

        PHILLIP A. TALBERT
        United States Attorney

        */s/ N. Vanek*

        NICOLE VANEK
        Assistant United States Attorney

ORDER

The Court hereby adopts the proposed briefing schedule and sets the matter for a hearing as set forth above.

Dated:  November 12, 2024

Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE